# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DUC VAN TRAN

VERSUS

MISS QUYNH ANH III, L.L.C.,
ET AL

NO.   2019 CW 0800

**DECEMBER 12, 2019**

---

In Re:   Miss Quynh Anh III, L.L.C., applying for rehearing, 19th Judicial District Court, Parish of East Baton Rouge, No. 673720.

---

**BEFORE:   McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**APPLICATION FOR REHEARING DENIED.**

**JEW**
**GH**

**McClendon, J.,** dissents and would grant the rehearing.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT